IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NESSCAP CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-00764-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| MAXWELL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| NESSCAP CO., LTD., and NESSCAP, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 07-0035-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| MAXWELL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MAXWELL TECHNOLOGIES, INC.'S MOTION TO CONSOLIDATE
## C.A. No. 06-0764-GMS WITH C.A. No. 07-0035-GMS

Plaintiff Maxwell Technologies, Inc. ("Maxwell") moves this Court, pursuant to Fed. R. Civ. P. 42(a), to consolidate *NessCap Co., Ltd. v. Maxwell Technologies, Inc.*, C.A. No. 06-0764 (D. Del. filed Dec. 14, 2006) ("the first Delaware action") with *NessCap Co., Ltd., et al. v. Maxwell Technologies, Inc.*, C.A. No. 07-035-GMS (D. Del. filed Jan. 18, 2007) ("the second Delaware action"). The grounds for this motion are set forth in Maxwell's accompanying opening brief.

Dated: March 9, 2007                    YOUNG CONAWAY STARGATT
                & TAYLOR, LLP

*/s/ Karen E. Keller*
_____
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

MORRISON & FOERSTER LLP
David C. Doyle (CA Bar No. 70690)
Eric M. Acker (CA Bar No. 135805)
Brian M. Kramer (CA Bar No. 212107)
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100
ddoyle@mofo.com

*Attorneys for Defendant Maxwell Technologies, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on March 9, 2007, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Denise Seastone Kraft, Esquire
>EDWARDS ANGELL PALMER & DODGE LLP
>919 North Market Street
>Suite 1500
>Wilmington, DE 19801
>*dkraft@eapdlaw.com*

I further certify that on March 9, 2007, the foregoing document was served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated below:

### BY E-MAIL AND FEDERAL EXPRESS

>George W. Neuner, Esquire
>Brian M. Gaff, Esquire
>EDWARDS ANGELL PALMER & DODGE LLP
>101 Federal Street
>Boston, MA 02110

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>_____
>Karen E. Keller (No. 4489)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE 19801
>302-571-6600
>*kkeller@ycst.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD., <br><br>  Plaintiff, <br><br> v. <br><br> MAXWELL TECHNOLOGIES, INC., <br><br>  Defendant. | ) <br> ) <br> ) C.A. No. 06-00764-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| NESSCAP CO., LTD., and NESSCAP, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> MAXWELL TECHNOLOGIES, INC., <br><br>  Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 07-0035-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

## LOCAL RULE 7.1.1 DISCLOSURE

I, Karen E. Keller, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for the Defendant Maxwell Technologies, Inc. contacted Plaintiff late on Thursday, March 8, 2007 via e-mail and as of the time of filing this motion, after the close of business on Friday, March 9, 2007, we have not yet heard back from Plaintiff as to their position.

| | |
|---|---|
| Dated: March 9, 2007 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*[signature]*

Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

MORRISON & FOERSTER LLP
David C. Doyle (CA Bar No. 70690)
Brian M. Kramer (CA Bar No. 201780)
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100
ddoyle@mofo.com

*Attorneys for Defendant Maxwell Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> MAXWELL TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 06-00764-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| NESSCAP CO., LTD., and NESSCAP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAXWELL TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 07-0035-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER GRANTING MAXWELL TECHNOLOGIES, INC.'S MOTION TO CONSOLIDATE

This _____ day of _____, 2007, defendant Maxwell Technologies, Inc., having moved to consolidate *NessCap Co., Ltd. v. Maxwell Technologies, Inc.*, C.A. No. 06-0764 (D. Del. filed Dec. 14, 2006) with *NessCap Co., Ltd., et al. v. Maxwell Technologies, Inc.*, C.A. No. 07-035-GMS (D. Del. filed Jan. 18, 2007), pursuant to Fed. R. Civ. P. 42(a), and the Court, after considering the positions of the parties, and having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that the above actions shall be consolidated.

_____
United States District Judge