IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD. and NESSCAP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MAXWELL TECHNOLOGIES, INC.<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:07-cv-00035-GMS |

**NESSCAP CO., LTD.'S AND NESSCAP, INC.'S MOTION TO STRIKE DEFENDANT'S ANSWER AND MOTION TO STRIKE OR DISMISS <u>DEFENDANT'S COUNTERCLAIMS</u>**

Plaintiffs NessCap Co., Ltd. and NessCap, Inc. hereby respectfully move this Court to strike Defendant Maxwell Technologies, Inc.'s Answer, and strike or dismiss Defendant Maxwell Technologies, Inc.'s counterclaims for the reasons more fully set forth in its Memorandum of Law in Support of its Motion to Strike Defendant's Answer and Motion to Strike or Dismiss Defendant's Counterclaims filed contemporaneously herewith and expressly incorporated herein by reference.

Dated: March 28, 2007

EDWARDS ANGELL PALMER & DODGE LLP

_/s/ Denise S. Kraft_
Denise Seastone Kraft (DE No. 2778)
919 North Market Street
Wilmington, DE 19801
(302) 425-7106
(888) 325-9741 (fax)

*Attorneys for Plaintiffs NessCap Co., Ltd. and NessCap, Inc.*

**OF COUNSEL:**

George W. Neuner (*Of the Massachusetts Bar*)
Brian M. Gaff (*Of the Massachusetts Bar*)
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444
(617) 439-4170 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD. and NESSCAP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MAXWELL TECHNOLOGIES, INC.<br><br>Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:07-cv-00035-GMS |

## ORDER

Upon consideration of NessCap Co., LTD.'s and NessCap, Inc.'s Motion to Strike Defendant's Answer and Motion to Strike or Dismiss Defendant's Counterclaims (the "Motion"), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Dated: _____, 2007

_____
Honorable Gregory M. Sleet
UNITED STATES DISTRICT JUDGE


## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on March 28, 2007, the attached **NESSCAP CO., LTD.'S AND NESSCAP, INC.'S MOTION TO STRIKE DEFENDANT'S ANSWER AND MOTION TO STRIKE OR DISMISS DEFENDANT'S COUNTERCLAIMS** was served on the following persons and was electronically filed with the Clerk of the Court using CM/ECF:

| **VIA HAND DELIVERY** | **VIA U.S. FIRST CLASS MAIL** |
|---|---|
| Josy W. Ingersoll, Esq.<br>John W. Shaw, Esq.<br>Karen E. Keller, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street<br>Brandywine Building, 17th Floor<br>Wilmington, DE 19801 | David C. Doyle, Esq.<br>Brian M. Kramer, Esq.<br>Morrison & Foerster LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA 92130 |

_____
Denise Seastone Kraft (DE No. 2778)