IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| NESSCAP CO., LTD. and NESSCAP, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MAXWELL TECHNOLOGIES, INC.<br><br>    Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No.: 1:07-cv-00035-GMS |

## NOTICE OF WITHDRAWAL OF UNSERVED COMPLAINT

Plaintiffs, NessCap Co., Ltd. and NessCap, Inc., hereby voluntarily withdraw the unserved Complaint For Declaratory Judgment filed on January 18, 2007 [D.I. 1] without prejudice and without costs to any party.

Dated: March 28, 2007

Respectfully submitted,

EDWARDS ANGELL PALMER & DODGE LLP

_____
Denise Seastone Kraft (DE No. 2778)
919 North Market Street
Suite 1500
Wilmington, DE 19801
(302) 425-7106
(888) 325-9741 (fax)

*Attorneys for NessCap Co., Ltd. and NessCap, Inc.*

**OF COUNSEL:**

George W. Neuner (*Of the Massachusetts Bar*)
Brian M. Gaff (*Of the Massachusetts Bar*)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 439-4444
(617) 439-4170 (fax)

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on March 28, 2007, the attached **Notice of Withdrawal of Unserved Complaint** was served on the following persons in the manner indicated, and was electronically filed with the Clerk of the Court using CM/ECF:

**VIA HAND DELIVERY**

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE  19801

**VIA U.S. FIRST CLASS MAIL**

David C. Doyle, Esq.
Brian M. Kramer, Esq.
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA  92130

_____
Denise Seastone Kraft (DE No. 2778)